IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br>**SANTIAGO RODRIGUEZ, JAVIER** <br><br>DEBTOR(S) | CASE NUMBER: **22-00175-EAG** <br><br>(Chapter 7) <br>NO ASSET CASE |
|---|---|

## NOTICE OF ABANDONMENT OF PROPERTY

TO: THE HONORABLE COURT, CREDITORS AND PARTIES IN INTEREST:

COMES NOW, Wigberto Lugo-Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. Notice pursuant to 11 U.S.C. Section 554(a) is hereby given as to the undersigned trustee's intention to abandon the estate property detailed below:

2. The property being abandoned is as follows:

| Other Property | Schedule Value | Amount Secured | Claim Exemption | Value to Estate |
|---|---|---|---|---|
| Vehicle- Ford 350 Truck 1996 | $12,000.00 | 0.00 | 12,000.00 | 0.00 |
| Vehicle- Hyundai Tucson 2017 Mileage: 37276 | $19,000.00 | 14,790.00 | 4,210.00 | 0.00 |
| Checking- Banco Popular de Puerto Rico Acct #X1919 | $0.00 | 0.00 | 0.00 | 0.00 |
| Business Inventory | $5,000.00 | 0.00 | 0.00 | 0.00 |

3. The trustee intends and hereby abandons this property since this is burdensome or has no value to the estate.

**NOTICE TO ALL PARTIES:** within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is

forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system

RESPECTFULLY SUBMITTED.

Date: April 1, 2022

s/ Wigberto Lugo-Mender
Wigberto Lugo-Mender
100 CARR 165 STE 501
Guaynabo, PR 00968-8052
Tel. (787) 707-0404
Fax. (787) 707-0412